UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO. 3:10cr 230 |
| v. | ) | |
| | ) | ORDER |
| TYREE CRAIG JONES | ) | |
| | ) | |

**THIS MATTER** is before the court upon Defendant's Motion to Continue this matter from the February 6, 2012, term of court.

**IT IS THEREFORE ORDERED** that this sentencing will be scheduled for the next criminal term of court.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 19, 2012

Frank D. Whitney
United States District Judge